**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

**CRIMINAL DOCKET NO. 5:04CR36-3-V**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>)<br>FUEY CHIO SAELEE )<br>) | **O R D E R<br>FOR EXPERT FEES** |

**THIS MATTER** is before the Court on Defendant's Motion For Additional Funds To Pay Interpreter, filed 2 December 2005. In his Motion, Defendant requests authorization for additional funds to complete the translation and transcription of phone conversations that were conducted in a Laotian dialect called Mein. For the reasons stated in Defendant's Motion, the Court finds that the requested services are necessary and that Defendant is indigent and financially unable to obtain such services. **18 U.S.C. §3006A(e)(1).**

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion For Additional Funds To Pay Interpreter is **GRANTED**.

**IT IS, FURTHER ORDERED** that Legal Language Services shall be compensated in an additional amount, up to $3,556.00, exclusive of expenses reasonably incurred, subject to determination of reasonableness. The Clerk is directed to send copies of this Order to defense counsel, and the attorney for the United States.

**Signed: December 12, 2005**

Richard L. Voorhees
United States District Judge