IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 5:04CR-036-3V |
| ) | |
| FEUY CHIO SAELEE ) | |

## ORDER

**UPON CONSIDERATION** of the request of defense counsel, the Court finds the following:

- The Court previously authorized payment for the translation services for $6056.00.

- Attorney Anthony Scheer employed a Laotian translator from Legal Language Services, Inc. who performed $6056.00 of translation services.

- Attorney Anthony Scheer reimbursed interpreter Legal Language Services $6056.00 for the translation services of as opposed to filing the CJA 21 for expert service payment.

- Attorney Scheer recognizes he inadvertently did not follow the proper procedures but seeks to be reimbursed for the properly obtained services.

**WHEREFORE**, the Court orders a revised CJA Form 21 be prepared by the Clerk's office reflecting the payee as Attorney Anthony Scheer in the amount of $6056.00. Attorney Scheer is to attach a letter explaining the need for repayment upon submission for payment.

It is so ORDERED.
November 20, 2006

The Honorable Richard L. Voorhees
United States District Court